# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSE LUIS ALFREDO CASTRO-MEJIA,

    Defendant.

No. CR-12-057-JLQ-1

ORDER OF DISMISSAL

Defendant Jose Luis Alfredo Castro-Mejia appeared before the court for sentencing in a related matter, Case No. 12-45-JLQ-1, on November 13, 2012. At that time the Government, represented by Assistant United States Attorney Stephanie Lister, orally moved to dismiss this case, wherein Defendant is charged with illegal entry to the United States. The Government's oral motion was granted, and this Order memorializes that ruling.

**IT IS HEREBY ORDERED:**

1. The Government's oral Motion to Dismiss, which the court construes as being made pursuant to Fed.R.Crim.P. 48(a) is **GRANTED**. The court makes no judgment as to the merit or wisdom of this dismissal.

2. The Clerk of the court is directed to enter a Judgment of dismissal of the Indictment and close this file.

**IT IS SO ORDERED**. The Clerk shall enter this Order, enter Judgment, and furnish copies to counsel.

Dated this 16th day of November, 2012.

          s/ Justin L. Quackenbush
          JUSTIN L. QUACKENBUSH
     SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1