# UNITED STATES DISTRICT COURT
## Eastern District of Washington

UNITED STATES OF AMERICA,
    Plaintiff,

v.

JOSE LUIS ALFREDO CASTRO-MEJIA,
    Defendant.

JUDGMENT OF DISMISSAL

CASE NUMBER: CR-12-057-JLQ-1

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Indictment in the above-entitled case is hereby dismissed.

| | |
|---|---|
| November 16, 2012 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Penny Lamb |
| | *(By) Deputy Clerk* |
| | Penny Lamb |